# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shannon Theresa Monette, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Grand Treasure Casino, et. al., | ) | Case No. 4:15-cv-135 |
| | ) | |
| Defendants. | ) | |

The plaintiff, Shannon Theresa Monette ("Monette"), initiated the above-captioned action *pro se* in September 2015. She was granted leave to proceed *in forma pauperis*. Upon screening her complaint pursuant to 28 U.S.C. § 1915(e)(2), the undersigned concluded that she had failed to state any cognizable claims. Consequently, on December 8, 2015, the undersigned issued a report recommending that the court dismiss this matter without prejudice unless she files an amended complaint by January 15, 2016.

On January 5, 2016, Monette filed what the court construes as a motion to stay this matter indefinitely. Therein, she advises that the court of turmoil she is experiencing both at home and at work. She requests that this matter be "suspended" until she is able to resolve issues regarding her current living arrangements and is otherwise in a better position to prosecute her claims against defendants.

The court is mindful that Monette is proceeding *pro se*. It also appreciates the unique challenges that Monette's current living arrangements may pose. Nevertheless, it is not inclined to stay this matter indefinitely as she has request. Instead of staying this matter, the court shall extend Monette's deadline to file either an objection to the Report and Recommendation or an amended

complaint. This will afford Monette an opportunity to sort out her arrangements make a decision as to how she wishes to proceed.

Monette's motion to stay (Docket No. 6) is **DENIED**. Monette shall have until March 4, 2016, to file an objection to the Report and Recommendation. If, in the interim, Monette files an amended complaint, the Report and Recommendation shall be held in suspense pending the undersigned's screening of the amended complaint. As an aside, it should be noted that, in her motion, Monette provided the court with alternate address to which she requests all future correspondence be directed. The Clerk's office shall update Monette's contact information accordingly.

**IT IS SO ORDERED.**

Dated this 6th day of January, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court